Eastern District of Kentucky
FILED

APR 09 2026

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## COVINGTON

UNITED STATES OF AMERICA

V.

GREGORY S. DECK

INDICTMENT NO. 26-21-SCM-CJS
18 U.S.C. § 922(g)(1)

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about October 11, 2025, in Kenton County, in the Eastern District of Kentucky,

**GREGORY S. DECK,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Makarov 9mm pistol bearing serial number AW9181, and the firearm was in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)
### 28 U.S.C. § 2461

1.      By virtue of the commission of the felony offense alleged in this Indictment, **GREGORY S. DECK** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C.

§ 922. Any and all interest that **GREGORY S. DECK** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

    a. Makarov 9mm pistol bearing serial number AW9181, and
    b. All associated ammunition and accessories.

**A TRUE BILL**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**JOEL KING**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:**       Mandatory special assessment of $100.

**PLUS:**       Restitution, if applicable.

**PLUS:**       Forfeiture of listed items.